NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

SROURIAN LAW FIRM, P.C.
Daniel Srourian, Esq. [SBN 285678]
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: 213.474.3800
Facsimile:  213.471.4160
Email: daniel@slfla.com

ATTORNEY(S) FOR:

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEMMERLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>OAK VIEW GROUP, LLC, a California Limited Liability Corporation,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-966<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Michael Kemmerlin, individually and on behalf of all others similarly situated
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Kemmerlin, individually and on behalf of all others similarly situated | Plaintiff |
| Oak View Group, LLC | Defendant |

February 5, 2024                                   /s/ Daniel Srourian
Date                                                        Signature

Attorney of record for (or name of party appearing in pro per):

Michael Kemmerlin